USSC 1                                                                    USM #29393-086

# STATEMENT OF REASONS

## 28 USC 994(w)

| PHILIP STEVEN HARMON | CR99-00548--001 P | WD/WA |
|---|---|---|
| Defendant | Docket No. | District |

☒  The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations.

☐  The Court adopts the sentencing recommendation(s) in the presentence report and it essentially adopts the relevant factual findings insofar as necessary to support these recommendations except (see attachment, if necessary):

Guideline Range Determined by the Court:                                   DOS: 07/24/00

| Total Offense Level: | 13 |
| Criminal History Category: | I |
| Imprisonment Range: | 12 to 18 months |
| Supervised Release Range: | 1 year |
| Fine Range: | $3,000 to $30,000 |
| Sentence Imposed: | 15 mos. CAG; 1 yr. TSR; $300 MPA; $105,801 Restitution, plus interest. |
| USPO: | LeRoy B. Washington |

FILED LODGED ENTERED RECEIVED
JUL 28 2000
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

☒  Sentence imposed is within appropriate guideline range as determined by the court.

   ☒  Fine waived pursuant to Section 5E1.2.

☐  Because the width of the guideline range exceeds 24 months, the reason for selecting the particular point within the range is (see attachment, if necessary):

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

☐  The Court departs from the appropriate guideline range for the following reason(s) (see attachment, if necessary):

_____          July 28, 2000
Marsha J. Pechman                         Date
United States District Judge

Orig to Clerk of Court
cc:  USSC
     Bureau of Prisons
     File

116